IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| DENNIS STEPHENS, #2049553 | § | |
| VS. | § | CIVIL ACTION NO. 4:15cv560 |
| CITY OF SACHSE, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Dennis Stephens, a Texas prison inmate previously confined in the City of Sachse Jail, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the Defendants' motion for summary judgment should be granted. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendants' motion for summary judgment (docket entry #73) is **GRANTED**. It is further

1

**ORDERED** that the Plaintiff's motion for summary judgment (docket entry #74) is **DENIED**. It is further ORDERED that Defendant's motion for extension of time is GRANTED.

**ORDERED** that the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**SIGNED this the 15th day of August, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE